IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06-cv-00762-BNB

MAY 4 - 2006

ERIC ALAN WEBB,

GREGORY C. LANGHAM
CLERK

       Plaintiff,

v.

DON TANNER, (Sgt), Individual and Offical [sic] Capacity,
TONY CAROCHI, (Warden), Individual and Offical [sic] Capacity,
KENT JOHNSON, (Capt), Individual and Offical [sic] Capacity,
LT. LINGRICH, (L.T. [sic] Seg), Individual and Offical [sic] Capacity,
LT. PADILLA, (Shift Commander), Individual and Offical [sic] Capacity, and
DR. McGLAUGHLIN, (Medical Doc), Individual and Offical [sic] Capacity,

       Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

       Plaintiff's motion filed with the Court on May 3, 2006, requesting appointment of counsel is DENIED as premature. Plaintiff's motion also filed with the Court on May 3 requesting a court order directing the law librarian to provide him with copies is DENIED.

Dated: May 4, 2006

---

Copies of this Minute Order mailed on May 4, 2006, to the following:

Eric Webb
Reg. No. 83582
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

_____
Secretary/Deputy Clerk